AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

<u>James A. Mays</u>
Plaintiff

v.

<u>Thomas Carroll</u>
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: <u>07cv417</u>

I, <u>James A. Mays</u>, declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant    ☐ Other

**FILED**
JUN 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration <u>Delaware Correctional Center</u>

   **Inmate Identification Number (Required):** <u>295762</u>

   Are you employed at the institution? <u>Yes</u>  Do you receive any payment from the institution? <u>Yes</u>

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   ☒ Yes   ☐ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer. <u>38.40 Per Month</u>
   <u>1181 Paddock Road, Smyrna, Delaware 19977</u>

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev 4/05)

4. Do you have any cash or checking or savings accounts? ·· Yes ✓·No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ·· Yes ✓·No

   If "Yes" describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   None

I declare under penalty of perjury that the above information is true and correct.

6-21-07
DATE

_James M Mays_
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.



IM: James A. Mays
SBI# 295762  UNIT D-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S
X-RAY

United States District Court
844 King Street
Lock Box #18
Wilmington, Delaware
19801

06cv417
RGsmm

FILED
JUN 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Page 1 of 2

Date Printed: 6/6/2007

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00295762 | Mays | James | A | |

Current Location: D/E

Comments:

**Individual Statement**
**From January 2007 to May 2007**

Beginning Month Balance: $158.50
Ending Month Balance: $216.71

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 1/2/2007 | $38.40 | $0.00 | $0.00 | $196.90 | 365905 | | | |
| Canteen | 1/3/2007 | ($31.87) | $0.00 | $0.00 | $165.03 | 367873 | | | |
| Canteen | 1/10/2007 | ($26.56) | $0.00 | $0.00 | $138.47 | 370624 | | | |
| Supplies-MailPosta | 1/10/2007 | $0.00 | $0.00 | ($4.05) | $138.47 | 371216 | | | |
| Supplies-MailPosta | 1/10/2007 | $0.00 | $0.00 | ($4.05) | $138.47 | 371217 | | | |
| Visit | 1/16/2007 | $25.00 | $0.00 | $0.00 | $163.47 | 372627 | 48971271338 | DELTA 11/24-12/23/0 | N FRYE |
| Canteen | 1/17/2007 | ($15.53) | $0.00 | $0.00 | $147.94 | 374042 | | | |
| Canteen | 1/24/2007 | ($35.85) | $0.00 | $0.00 | $112.09 | 376435 | | | |
| Supplies-MailPosta | 1/30/2007 | ($4.05) | $0.00 | $0.00 | $108.04 | 379316 | | 12/21/06 | |
| Supplies-MailPosta | 1/30/2007 | ($4.05) | $0.00 | $0.00 | $103.99 | 379315 | | 12/21/06 | |
| Canteen | 1/31/2007 | ($17.62) | $0.00 | $0.00 | $86.37 | 380450 | | | |
| Wage-1099 | 2/1/2007 | $38.40 | $0.00 | $0.00 | $124.77 | 380985 | | DELTA 12/24/06-1/23/ | |
| Pay-To | 2/2/2007 | ($6.00) | $0.00 | $0.00 | $118.77 | 381897 | | MASJID MUHAMMAD | |
| Pay-To | 2/8/2007 | ($25.00) | $0.00 | $0.00 | $93.77 | 384727 | | DAVE GOTT | |
| Visit | 2/13/2007 | $40.00 | $0.00 | $0.00 | $133.77 | 386312 | 45821498550-00415 | | V MAYS |
| Canteen | 2/13/2007 | ($36.88) | $0.00 | $0.00 | $96.89 | 386681 | | | |
| Supplies-MailPosta | 2/15/2007 | $0.00 | $0.00 | ($2.55) | $96.89 | 388240 | | | |
| Supplies-MailPosta | 2/16/2007 | ($2.55) | $0.00 | $0.00 | $94.34 | 389479 | | | |
| Visit | 2/20/2007 | $50.00 | $0.00 | $0.00 | $144.34 | 389699 | 08677906769-00518 | | N FRYE |
| Canteen | 2/21/2007 | ($39.53) | $0.00 | $0.00 | $104.81 | 390565 | | | |
| Canteen | 2/27/2007 | ($5.80) | $0.00 | $0.00 | $99.01 | 393448 | | | |
| Wage-1099 | 3/1/2007 | $38.40 | $0.00 | $0.00 | $137.41 | 394562 | | D BLDG 1/24-2/23/07 | |
| Visit | 3/5/2007 | $100.00 | $0.00 | $0.00 | $237.41 | 396053 | 45821498703-00954 | | V MAYS |
| Canteen | 3/14/2007 | ($5.49) | $0.00 | $0.00 | $231.92 | 400325 | | | |
| Canteen | 3/21/2007 | ($17.56) | $0.00 | $0.00 | $214.36 | 402940 | | | |
| Visit | 3/26/2007 | $60.00 | $0.00 | $0.00 | $274.36 | 405526 | 0607549986 | | N FRYE |
| Visit | 3/26/2007 | $30.00 | $0.00 | $0.00 | $304.36 | 405556 | 08645004623 | | R MAYES |
| Canteen | 3/28/2007 | ($2.74) | $0.00 | $0.00 | $301.62 | 406606 | | | |
| Pay-To | 3/30/2007 | ($6.00) | $0.00 | $0.00 | $295.62 | 407750 | | PROJECT AWARE | |
| Wage-1099 | 4/2/2007 | $38.40 | $0.00 | $0.00 | $334.02 | 408075 | | DELTA 2/24-3/23/07 | |
| Pay-To | 4/5/2007 | ($6.00) | $0.00 | $0.00 | $328.02 | 411592 | | MASJID MUHAMMAD | |

Individual Statement
From January 2007 to May 2007

| Date Printed: 6/6/2007 | | | | | | | | Page 2 of 2 |

| SBI | Last Name | First Name | MI | Suffix | | | | |
|---|---|---|---|---|---|---|---|---|
| 00295762 | Mays | James | A | | | Beginning Month Balance: | | $158.50 |
| Current Location: | D/E | | | Comments: | | Ending Month Balance: | | $216.71 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 4/11/2007 | ($30.91) | $0.00 | $0.00 | $297.11 | 412950 | | | |
| Canteen | 4/19/2007 | ($35.94) | $0.00 | $0.00 | $261.17 | 416849 | | | |
| Pay-To | 4/27/2007 | ($10.00) | $0.00 | $0.00 | $251.17 | 420783 | | MASJID MUHAMMAD | |
| Wage-1099 | 5/1/2007 | $38.40 | $0.00 | $0.00 | $289.57 | 422179 | | D BLDG 18 3/24-4/23/ | |
| Canteen | 5/2/2007 | ($18.84) | $0.00 | $0.00 | $270.73 | 423001 | | | |
| Supplies-MailPosta | 5/16/2007 | $0.00 | $0.00 | ($4.20) | $270.73 | 428793 | | 4/11/07 | |
| Supplies-MailPosta | 5/16/2007 | $0.00 | $0.00 | ($2.55) | $270.73 | 428794 | | 4/11/07 | |
| Canteen | 5/16/2007 | ($19.88) | $0.00 | $0.00 | $250.85 | 429240 | | | |
| Canteen | 5/23/2007 | ($17.87) | $0.00 | $0.00 | $232.98 | 431627 | | | |
| Medical | 5/25/2007 | $0.00 | ($4.00) | $0.00 | $232.98 | 433118 | | 5/18/07 | |
| Medical | 5/25/2007 | ($4.00) | $0.00 | $0.00 | $228.98 | 433223 | | 5/18/07 | |
| Canteen | 5/30/2007 | ($12.27) | $0.00 | $0.00 | $216.71 | 434196 | | | |

Ending Month Balance: $216.71

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00

Date Printed: 6/6/2007

# Individual Statement
## For Month of June 2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Begin Mth Balance: | $216.71 |
|---|---|---|---|---|---|---|
| 00295762 | Mays | James | | A | | |
| Current Location: | D/E | | | | Comments: | |

| Trans Type | Date | Deposit or (Withdrawal) Amount | Medical Hold | Non-Medical Hold | Balance | Trans# | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 6/1/2007 | $38.40 | $0.00 | $0.00 | $255.11 | 435553 | | DELTA 4/24-5/23/07 | |
| Supplies-MailP | 6/1/2007 | ($2.55) | $0.00 | $0.00 | $252.56 | 437464 | | 4/11/07 | |
| Supplies-MailP | 6/1/2007 | ($4.20) | $0.00 | $0.00 | $248.36 | 437463 | | 4/11/07 | |
| Canteen | 6/6/2007 | ($23.68) | $0.00 | $0.00 | $224.68 | 439574 | | | |
| | | | Ending Mth Balance: | | $224.68 | | | | |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

F-11

James Mayo
# 295962
DE

I/M: James A. Mays
SBI# 295762   UNIT D-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

United States District Court
844 King Street
Lock Box #18
Wilmington, Delaware
19801

