IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. MAYS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-417-GMS |
| | ) | |
| THOMAS CARROLL, | ) | |
| Warden, ATTORNEY | ) | |
| GENERAL OF THE STATE | ) | |
| OF DELAWARE, | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

WHEREAS, you have filed a form petition for federal habeas corpus relief

pursuant to 28 U.S.C. § 2254 and requested leave to proceed *in forma pauperis* pursuant to 28

U.S.C. § 1915; and

WHEREAS, based on the information in your affidavit, your request to proceed *in*

*forma pauperis* is granted; and

WHEREAS, the Antiterrorism and Effective Death Penalty Act of 1996

("AEDPA"), 28 U.S.C. § 2244, effectively precludes petitioners from filing a second or

subsequent habeas petition except in the most unusual of circumstances; and

WHEREAS, the United States Court of Appeals for the Third Circuit has

mandated that, before ruling on the merits of a your petition, you must be given notice that the

AEDPA applies to your pending petition, *see United States v. Miller*, 197 F.3d 644 (3d Cir.

1999) and *Mason v. Meyers*, 208 F.3d 414 (3d Cir. 2000).

NOW, THEREFORE, IT IS ORDERED this *9th* day of July, 2007, that

on or before *August 9, 2007*, you must file the attached election form with the court.

Failure to timely return the completed election form will result in the court's ruling on your

pending petition as filed.

_____
United States District Judge

**F I L E D**

JUL  - 9  2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES A. MAYS,              )
                             )
        Petitioner,    )
                             )
v.                         )       Civil Action No. 07-417-GMS
                             )
THOMAS CARROLL,     )
Warden, ATTORNEY     )
GENERAL OF THE STATE  )
OF DELAWARE,       )
                             )
        Respondents.   )

**AEDPA ELECTION FORM**

1. _____    I wish the court to rule on my § 2254
petition as currently pending.  I realize
that the law does not allow me to file
successive or later petitions unless I
receive certification to do so from the
United States Court of Appeals for the
Third Circuit; therefore, this petition
will be my one opportunity to seek federal
habeas corpus relief.

2. _____    I wish to amend my § 2254 petition to
include all the grounds I have.  I will
do so within thirty (30) days.  I realize
that the law does not allow me to file
successive or later petitions unless I
receive certification to do so from the
United States Court of Appeals for the
Third Circuit; therefore, this amended
all-inclusive petition will be my one
opportunity to seek federal habeas corpus
relief.

3. _____    I wish to withdraw my § 2254 petition
without prejudice to file one all-inclusive
petition in the future; that is, one
that raises all the grounds I have for
federal habeas corpus relief.  I realize
this all-inclusive petition must be filed
within the one-year period as defined by
28 U.S.C. § 2244(d).  *See Swartz v. Meyers*,
204 F.3d 417 (3d Cir. 2000).


4. _____    I am not seeking federal habeas corpus
relief under § 2254.  I am instead seeking
relief under _____.


_____
Petitioner