IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES A. MAYS,                     )
                                   )
              Petitioner,          )
                                   )
v.                                 )        Civil Action No. 07-417-GMS
                                   )
THOMAS CARROLL,                    )
Warden, ATTORNEY                   )
GENERAL OF THE STATE               )
OF DELAWARE,                       )
                                   )
              Respondents.         )


## AEDPA ELECTION FORM



1. _____ I wish the court to rule on my § 2254
petition as currently pending. I realize
that the law does not allow me to file
successive or later petitions unless I
receive certification to do so from the
United States Court of Appeals for the
Third Circuit; therefore, this petition
will be my one opportunity to seek federal
habeas corpus relief.

2.  I wish to amend my § 2254 petition to
include all the grounds I have. I will
do so within thirty (30) days. I realize
that the law does not allow me to file
successive or later petitions unless I
receive certification to do so from the
United States Court of Appeals for the
Third Circuit; therefore, this amended
all-inclusive petition will be my one
opportunity to seek federal habeas corpus
relief.

3. _____    I wish to withdraw my § 2254 petition
without prejudice to file one all-inclusive
petition in the future; that is, one
that raises all the grounds I have for
federal habeas corpus relief. I realize
this all-inclusive petition must be filed
within the one-year period as defined by
28 U.S.C. § 2244(d). *See Swartz v. Meyers*,
204 F.3d 417 (3d Cir. 2000).

4. _____    I am not seeking federal habeas corpus
relief under § 2254. I am instead seeking
relief under _____.

*James A. Mays*
Petitioner

I/M James A. Ways

SBI# 295762   UNIT D-East E-11

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

WILMINGTON DE 197

31 JUL 2007 PM 3 T

Office of the Clerk

United States District Court

844 N. King Street Lockbox 18

Wilm Del 19801-3570

RAY