IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

James A. Mays, )
 )
    Plaintiff, )
v. ) Civil Action No. 417-GMS
 )
 )
Thomas Carroll, et al, )
 )
    Defendant. )

RECEIVED AUG 27 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## MOTION FOR ENLARGEMENT OF TIME

Petitioner James A. Mays, moves this court pursuant to Federal Rules of Civil Procedure 6(b) for an order extending the time to serve and file the Writ Of Habeas Corpus from Sept. 1, 07 to Oct. 1, 07 on the grounds that: 1) the opponent will not be prejudiced if an extension of time is granted; 2) the length of delay will not have an impact on the course of the judicial proceedings; 3) Plaintiff is an inmate at the Delaware Correctional Center and he is indigent and therefore, at this stage of the litigation, Plaintiff will proceed *pro se;* 3) Plaintiff's request for additional time is made in good faith; 4) Plaintiff is ignorant of the Federal Rules of Civil Procedures purpose and scope, and 5) due to the limitations imposed by the institution on the usage of the law library, Plaintiff is unable to visit the law library facility often enough to research and prepare his Writ Of Habeas Corpus in a timely fashion through the exercise of due diligence.

    This is the Plaintiff's First request for an extension of time.

In determining whether to grant Plaintiff an extension of time to serve a Defendant, a District Court must follow a two-step procedure.

First, the District Court should determine whether good cause exists for an extension of time. If good cause is present, the district court must extend time for service and the inquiry is ended. If however, good cause does not exist, the court may in its discretion decide whether to dismiss the case without prejudice or extend time for service.

The Third Circuit has defined "good cause" as being tantamount to "excusable neglect" under Rule 6(b). The Third Circuit has identified the following factors as relevant to the evaluation of whether excusable neglect has occurred: 1) whether the inadvertence reflected professional incompetence such as ignorance of rules of procedure, 2) whether an asserted inadvertence reflects an easily manufactured excuse incapable of verification by the court, 3) counsel's failure to provide for a readily foreseeable consequence, 4) a complete lack of diligence or 5) whether the inadvertence resulted despite counsel's substantial good faith efforts towards compliance. In addition, the Third Circuit has held that inadvertence and "half-hearted efforts at service which fail to meet the standards" do not constitute "good cause."

"[P]ro se status does not completely relieve a Plaintiff of his duty to properly serve Defendant." Practicality and judicial economy would best be served by permitting Plaintiff to prosecute this action, instead of an outright dismissal of the Complaint. A dismissal would require pro se Plaintiff to refile the action in a timely manner within a fairly short period of time and in addition to properly serve the Defendant the __Writ Of Habeas Corpus__ __Opening Brief__

For the foregoing reasons set forth, good cause does exist for an extension of time.

Dated: *August 23, 2007*       *James A. Mayo*
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

James A. Mays                         ,    )
                                           )
        Plaintiff,                         )
                                           )
v.                                         )    Civil Action No. 417-GMS
                                           )
                                           )
Thomas Carroll                  , et al,   )
                                           )
                                           )
        Defendant.                         )

## O R D E R

NOW THEREFORE, for the reasons set forth in the Motion for Enlargement of Time under Fed. R. Civ. P. 6(b), IT IS HEREBY ORDER that:

3.   Plaintiff's Motion under Fed. R. Civ. P. 6(b) is GRANTED.

4.   Plaintiff granted _____ day's extension from _____ to _____ too properly serve Defendant's the aforesaid motion.

_____          _____
        Date                          United States District Court/Magistrate

## Certificate of Service

I, __James A. Mays__ ,hereby certify that I have served a true

And correct cop(ies) of the attached: __Motion For Enlargement Of Time__

_____ upon the following

parties/person (s):

TO: __Office of the Clerk__                              TO: _____

   __United States District Court__      _____

   __844 N. King Street, Lock box 18__  _____

   __Wilmington, Delaware 19801-3507__  _____

TO: _____                    TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __23rd__ day of __August__ ,200__7__

_James A. Mays_

IM James A. Mays
SBI# 295762  UNIT D-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
24 AUG 2007 PM 2 L

Office of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3507