IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. MAYS, | ) |
|     Petitioner, | ) |
| v. | ) Civil Action No. 07-417-GMS |
| THOMAS CARROLL, Warden, and JOSEPH R. BIDEN III, Attorney General of the State of Delaware, | ) |
|     Respondents. | ) |

**ORDER**

At Wilmington this 7th day of September, 2007;

IT IS ORDERED that:

Petitioner James A. Mays' motion for an extension of time to file an amended § 2254 petition is **GRANTED**. (D.I. 6) Mays shall file his amended petition no later than October 1, 2007.

                                                                                                  UNITED STATES DISTRICT JUDGE

**FILED**

SEP - 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE