CA 07-417 GMS

TO: Office of the Clerk  
    United States District Court  
    844 N. King Street Lockbox 18  
    Wilmington, Delaware 19801-3507

September 9, 2007

FROM: James A. Mays  
     SBI# 295762  
     Delaware Correctional Center  
     1181 Paddock Road  
     Smyrna, Delaware 19977

RE: Request for court docket sheet C. A. No. 417-GMS

Dear Clerk of the court.

    Please allow me this opportunity to request a docket sheet for the above referenced case number.

    Thank You.

*James A. Mays*

RECEIVED  
SEP 10 2007  
U.S. DISTRICT COURT DELAWARE

I/M James A. Mays
SBI# 295762  UNIT D-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
07 SEP 2007 PM 1 L

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware
19801-3501