D.I. # _____

# CIVIL ACTION
# NUMBER: 07CV417 GMS

U.S. POSTAL SERVICE
REGISTERED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.40 |

Postmark Here

Sent To: LOREN MEYERS, DEPUTY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE
Street, Apt. No.; or PO Box No.: 820 N. FRENCH STREET
City, State, ZIP+4: WILMINGTON, DE 19801

07-417 GMS

7007 0710 0003 9054 6609

PS Form 3800, August 2006       See Reverse for Instructions