D.I. #_____

# CIVIL ACTION NUMBER: 07CV 417

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.40 |

Sent To: WARDEN TOM CARROLL
DELAWARE CORRECTIONAL CENTER   07-417
Street, Apt No. or PO Box No.: PADDOCK RD.   GMS
City, State, ZIP+4: SMYRNA, DE 19977

7007 0710 0003 9054 6579

PS Form 3800, August 2006   See Reverse for Instructions