# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JAMES A. MAYS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-417-GMS |
| | ) | |
| **ELIZABETH BURRIS**, Acting Warden | ) | |
| and **JOSEPH R. BIDEN III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1.     The petitioner, James A. Mays, has applied for federal habeas relief, alleging error by the state courts.  D.I. 2.  The undersigned filed an answer to the petition on December 10, 2007.  D.I. 15.

2.     By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's case.

3.     The Chief of the Appeals Division, who is responsible for retrieving certified state court records from the Delaware Supreme Court, has requested the documents relevant to Mr. Mays' petition.  The Clerk of the Supreme Court has indicated that the documents should be available on or before December 21, 2007.  Furthermore, when counsel went to the Superior

Court Prothonotary to collect the Superior Court documents relevant to Mr. Mays' petition, the

undersigned was informed that no one was available to get Mr. Mays' documents out of storage.

      4.      Respondents submit that an extension of time to December 21, 2007 in which to

file certified copies of the material portions of the state court records in this case is reasonable.

Respondents submit herewith a proposed order.

/s/Kevin M. Carroll
Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836
Kevin.Carroll@state.de.us

Dated:  December 10, 2007

## RULE 7.1.1 CERTIFICATION

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who

is incarcerated and appearing *pro se*, to the subject matter of this motion.

/s/ Kevin M. Carroll
Deputy Attorney General

Counsel for Respondents

Date: December 10, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2007, I electronically filed the attached documents

with the Clerk of Court using CM/ECF. I also hereby certify that on December 10, 2007, I have

mailed by United States Postal Service, the same documents to the following non-registered

participant:

   James A. Mays
   No. 295762
   Delaware Correctional Center
   1181 Paddock Road
   Smyrna, DE 19977

         /s/Kevin M. Carroll
         Deputy Attorney General
         Department of Justice
         820 N. French Street
         Wilmington, DE 19801
         (302) 577-8500
         Del. Bar. ID No. 4836
         Kevin.Carroll@state.de.us

Date:  December 10, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JAMES A. MAYS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-417-GMS |
| | ) | |
| **ELIZABETH BURRIS**, Acting Warden | ) | |
| and **JOSEPH R. BIDEN III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

This _____day of _____, 2007,

WHEREAS, respondents having requested an extension of time in which to file certified

state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and

good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before

December 21, 2007.


                                        _____
                                        United States District Judge


5