IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES A. MAYS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ.Act.No. 07-417-GMS |
| ) | |
| **ELIZABETH BURRIS**, Acting Warden ) | |
| and **JOSEPH R. BIDEN III**, Attorney ) | |
| General for the State of Delaware ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following of the Delaware Supreme Court documents for *Mays v. State,* No. 493, 2006 have been filed and are available in paper form only.

    a. Appellant's Opening Brief

    b. State's Answering Brief and Appendix

    c. Order (April 24, 2007)

    d. Appellant's Motion for Reargument

    /s/ Kevin M. Carroll
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 4836

DATE: December 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2007, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on December 18, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

    James A. Mays
    No. 295762
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/Kevin M. Carroll
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 4836
    Kevin.Carroll@state.de.us

Date: December 18, 2007